1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEMENT OWNERS ASSOCIATION,<br><br>                                    Plaintiff,<br>      vs.<br><br>CENTEX HOMES, et al.,<br><br>                                    Defendant. | CASE NO. 09cv1616 BTM (AJB)<br><br>**ORDER DENYING REQUEST FOR ORAL ARGUMENT** |

Plaintiff has requested oral argument for its Motion for Leave to Amend Complaint. The request is **DENIED**, as the parties have presented their arguments adequately in their papers.  The Court will decide the motion on the papers, and no personal appearances are necessary at the January 15, 2010 hearing.

**IT IS SO ORDERED.**

DATED:  January 13, 2010


Honorable Barry Ted Moskowitz
United States District Judge